IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| BRADLEY E. EARP, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 5:07 CV 00031 |
| CHRISTOPHER ALLEN PETERS, | ) |
| Defendant. | ) |

**ORDER**

THIS CAUSE coming on to be heard and being heard on Motion for Admission *Pro Hac Vice* (Document No. 25), and it appearing that good grounds exist for the Motion to be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Douglas Spencer of the firm Hill, Peterson, Carper, Bee & Deitzler, PLLC be and hereby is admitted to this Court pro hac vice.

Signed: January 22, 2008

David C. Keesler
United States Magistrate Judge