UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:07cv31-RLV-DCK

| | | |
|---|---|---|
| BRADLEY E. EARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER FOR** |
| | ) | **NEUROPSYCHOLOGICAL** |
| CHRISTOPHER ALLEN PETERS, | ) | **EXAMINATION OF THE PLAINTIFF** |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERICA WAYNETTE HARRIS and the | ) | |
| COUNTY OF ALEXANDER, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

This matter having been reviewed by the Court by consent of the parties and on the Defendant's motion for a neuropsychological examination of the Plaintiff to be conducted by a Neuropsychologist. It appears to the Court that the neuropsychological condition of the Plaintiff is in controversy, and good cause exists for requiring the Plaintiff to submit to a neuropsychological examination.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED upon the motion of the parties that:

1. The Plaintiff is hereby required to submit to a neuropsychological examination by Jack Spector, Ph.D., ABPP, Clinical Neuropsychologist, at the offices of John F. Warren &

1

Associates, P.A., 840 West Fourth St., Winston-Salem, NC 27101, to be examined to the extent determined appropriate by said Neuropsychologist. Such examination shall be arranged at a mutually convenient time and to occur before June 30, 2008.

2. All interview portions of such examination shall be recorded by video and/or audio recording and by a court reporter, provided, however, that the administration of tests shall not be recorded. The Plaintiff shall bear the expense of the video and/or audio recording and the Defendant shall bear the expense of the preparation of the written transcript. Both parties shall be provided a copy of the written transcript.

3. The Plaintiff has requested a copy of the report of examination and such report shall be provided within 30 days of the examination to the Plaintiff and Defendant. The underlying test data and results shall be provided to the Plaintiff's expert neuropsychologist with the report of examination.

4. It is further ordered that such examination shall be conducted, and that the provisions of Rule 35(b) of the Federal Rules of Civil Procedures shall apply.

5. A copy of this Order shall be served upon all parties and upon the Plaintiff by the Defendant.

**SO ORDERED.**

Signed: May 21, 2008

David C. Keesler
United States Magistrate Judge

CONSENTED TO:


*/s/ Douglas A. Spencer*
Douglas A. Spencer
*Attorney for Plaintiff Bradley Earp*


*/s/ Bradley G. Inman*
Bradley G. Inman
*Attorney for Third-Party Defendants*
*Erica Waynette Harris and County of Alexander*


*/s/ Richard L. Robertson*
Richard L. Robertson
*Attorney for Defendant and Third-Party*
*Plaintiff Christopher Allen Peters*