IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:07-CV-31-RLV-DCK

| | |
|---|---|
| BRADLEY E. EARP, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CHRISTOPHER ALLEN PETERS, | ) |
| Defendant and Third-Party Plaintiff, | ) **ORDER** |
| vs. | ) |
| ERICA WAYNETTE HARRIS and the COUNTY OF ALEXANDER, | ) |
| Third-Party Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion to Compel Production of Third-Party Defendant Harris's County Personnel Records" (Document No. 37) filed June 20, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for disposition. It appears to the Court that good cause exists for requiring the County of Alexander to release the personnel records of Erica Waynette Harris pursuant to the Defendant's request for production of documents. The Court further notes that no response has been filed by the Plaintiff or Third-Party Defendants. However, counsel for the Third-Party Defendants have reported to the undersigned's staff that all parties have consented to the motion being granted, subject to the provisions outlined below.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED,** that:

1. The County of Alexander shall provide the personnel records of Erica Waynette Harris, to the Defendant/Third-Party Plaintiff on or before **July 29, 2008**.

2. The inspection and use of the contents of the personnel records of Ms. Harris for purposes of the present litigation is limited strictly to legal counsel of the respective parties and any designated expert witness(es). Use of the information contained in the files for any purpose other than the litigation currently pending, or by any party other than legal counsel or expert witnesses for the respective parties, is strictly prohibited. The content of such records shall therefore not be disclosed to anyone except the Court, counsel, agents and employees of counsel, or designated expert witnesses.

3. Any reference to the social security number of Ms. Harris will be redacted.

4. By consenting to the inspection of Ms. Harris's Alexander County personnel file, the parties to this lawsuit in no way waive their respective rights to object to the contents of the file in subsequent motions or at trial on the grounds of relevance; nor have the parties waived the right to challenge the admissibility of any portion of the records produced.

**SO ORDERED**.

Signed: July 15, 2008

David C. Keesler
United States Magistrate Judge