# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:07-CV-31-RLV-DCK

| | |
|---|---|
| BRADLEY E. EARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER ALLEN PETERS, ) | |
| ) | |
| Defendant and ) | **ORDER** |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERICA WAYNETTE HARRIS and ) | |
| ALEXANDER COUNTY, ) | |
| ) | |
| Third-Party Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's "Motion For Independent Medical Examination Of Plaintiff, Bradley E. Earp" (Document No. 33) and "Defendant's Brief In Support..." (Document No. 34), filed May 22, 2008; "Plaintiff's Response To Defendant's Motion For Independent Medical Examination..." (Document No. 40), filed July 10, 2008; "Defendant's Reply To Plaintiff's Response To Defendant's Motion..." (Document No. 43, filed July 24, 2008; and Defendant Peters' "Motion For Protective Order" (Document No. 45), filed August 15, 2008. These matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and are now ripe for disposition.

Having carefully considered the motions, applicable authority, and the arguments of counsel in a telephone conference on September 11, 2008, the undersigned will grant the motion for independent medical examination and deny the motion for protective order.

First, it is the undersigned's view that Defendant Peters has demonstrated good cause pursuant to Fed.R.Civ.P. 35 for an independent medical examination of the Plaintiff, Bradley E. Earp, to be performed by Christopher S. Delaney, M.D., CLCP, CWS, CDA. It appears that Plaintiff has undergone numerous examinations by his own physicians and/or experts, and to date has only been subjected to one examination at Defendant's request - a neuropsychological assessment by Jack Spector, Ph.D., ABPP. That neuropsychological examination was consented to by the parties. See (Document No. 32). Based on the circumstances of this case, the undersigned does not find that one more examination at Defendant's request is unduly burdensome.

Next, the undersigned finds that Defendant Peters' "Motion For Protective Order" is premature inasmuch as it requests the Court to issue a decision now as to the admissibility at trial of a videotaped deposition.

**IT IS, THEREFORE, ORDERED** that "Defendant's "Motion For Independent Medical Examination Of Plaintiff, Bradley E. Earp" (Document No. 33) is **GRANTED**. The parties shall work together to find a mutually agreeable time and location for an examination of Plaintiff by Christopher S. Delaney, M.D., CLCP, CWS, CDA, which shall be conducted consistent with the requirements of Fed.R.Civ.P. 35.

**IT IS FURTHER ORDERED** that Defendant Peters' "Motion For Protective Order" (Document No. 45) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that deadlines in this case are modified as follows:

1) All discovery in this matter shall be completed on or before **November 7, 2008**;

2) All motions shall be filed on or before **November 21, 2008.**

Further extensions in this case are unlikely.

**SO ORDERED**.

Signed: September 11, 2008

David C. Keesler
United States Magistrate Judge