**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:07-CV-31-RLV-DCK**

| | |
|---|---|
| BRADLEY E. EARP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER ALLEN PETERS, )<br>)<br>Defendant and )<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>ERICA WAYNETTE HARRIS and the )<br>COUNTY OF ALEXANDER, )<br>)<br>Third-Party Defendants. )<br>_____ ) | **ORDER** |

THIS CAUSE coming on to be heard and being heard on Motion for Admission *Pro Hac Vice* (Document No. 49) filed September 17, 2008, and it appearing that good grounds exist for the Motion to be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Charles Michael Bee of the firm Hill, Peterson, Carper, Bee & Deitzler, PLLC be and hereby is admitted to this Court pro hac vice.

Signed: September 17, 2008

David C. Keesler
United States Magistrate Judge