# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:07-CV-31-RLV-DCK

| | |
|---|---|
| BRADLEY E. EARP, | )<br>) |
| Plaintiff, | )    ORDER |
| v. | )<br>) |
| CHRISTOPHER ALLEN PETERS, | )<br>) |
| Defendant and<br>Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| ERICA WAYNETTE HARRIS and the<br>COUNTY OF ALEXANDER, | )<br>)<br>) |
| Third-Party Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The deadlines for discovery and expert reports have now passed. (Document No. 29). The Court previously indicated (*see* Document No. 57, "Order") that a new dispositive motions deadline would be set after the Plaintiff's motion to compel (Document No. 53) was decided. Having decided the motion to compel, the undersigned will set the new scheduling dates as follows:

**IT IS, THEREFORE, ORDERED** that the parties shall file any dispositive motions by October 15, 2009; trial shall be scheduled after resolution of any dispositive motions, but not before the trial term beginning in January 2010.

**IT IS SO ORDERED**.

Signed: August 13, 2009

David C. Keesler
United States Magistrate Judge