**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.: 5:07-CV-31-RLV-DCK**

| | |
|---|---|
| BRADLEY E. EARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER ALLEN PETERS, ) | |
| ) | |
| Defendant and ) | **ORDER** |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ERICA WAYNETTE HARRIS and the ) | |
| COUNTY OF ALEXANDER, ) | |
| ) | |
| Third-Party Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and there are motions ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Motion Hearing, on **Thursday, January 28, 2010**, prepared to argue the pending Motion to Disqualify Counsel and Motion to Strike Affidavit of Richard Robertson (Document Nos. 81 and 86). The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

1

**SO ORDERED**.

Signed: January 13, 2010

David C. Keesler
United States Magistrate Judge