# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:07-CV-31-RLV-DCK

| | |
|---|---|
| BRADLEY E. EARP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER ALLEN PETERS, )<br>)<br>Defendant and )<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>ERICA WAYNETTE HARRIS and the )<br>COUNTY OF ALEXANDER, )<br>)<br>Third-Party Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant And Third-Party Plaintiff Christopher Allen Peters' Motion To Compel Third-Party Defendant Alexander County's Production Of Plaintiff's Work Records And Related Documents" (Document No. 121) filed January 21, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is ripe for disposition. Having carefully considered the record, the briefs, and applicable authority, the undersigned will deny the motion without prejudice.

Defendant/Third Party Plaintiff Peters' motion seeks an order compelling production of Plaintiff's "work attendance records, call reports, and W-2 statements." (Document No. 122). Third Party Defendant County of Alexander ("Alexander County") has responded that "all the requested documents have been produced and/or will be produced within a reasonable time from

trial." (Document No. 124). Alexander County also contends that it has never objected to providing the requested documents and had agreed to supplement its previous production prior to the filing of the pending motion to compel. Id.

For good cause shown, the undersigned finds that the motion to compel should be denied to the extent it seeks immediate production of certain documents. Instead, Alexander County, shall be required to produce and/or supplement its previous production of the requested documents thirty (30) days before the scheduled trial date.

**IT IS, THEREFORE, ORDERED** that "Defendant And Third-Party Plaintiff Christopher Allen Peters' Motion To Compel Third-Party Defendant Alexander County's Production Of Plaintiff's Work Records And Related Documents" (Document No. 121) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: May 10, 2010

David C. Keesler
United States Magistrate Judge